IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2018 NOV 19 PM 12: 07
OFFICE OF THE CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>THOMAS MARTIN BEATTY, JR.,<br><br>Defendant. | 8:18CR52<br><br>**SUPPLEMENTAL ORDER FOR TRANSFER OF SEIZED FUNDS FOR RESTITUTION** |

This matter is before the Court subsequent to the sentencing hearing held on October 30, 2018. The Court entered Judgment (Filing No. 50) against defendant, including a criminal restitution judgment in the amount of $142,753.88.

As stipulated by the parties in the Plea Agreement (Filing No. 37), the $27,072.60 in U.S. currency seized by law enforcement, to wit: $14,629.21 from bank account number ending in 5993 held in the name, Thomas Beatty Jr., Bank of the West, Omaha, Nebraska, and $12,443.39 from bank account number ending in 0712 held in the name, Thomas Beatty Jr., Bank of the West, Omaha, Nebraska, may be applied toward restitution.

For good cause shown, IT IS HEREBY ORDERED:

1. That the Clerk of the Court is directed to provide a certified copy of this order to the United States Marshal;

2. That the United States Marshals Service shall tender to the Clerk of the Court the $27,072.60 in U.S. currency;

3. That the Clerk of the Court apply the $27,072.60 in U.S. currency to the criminal restitution balance owed by defendant;

4. That the Clerk of the Court shall distribute the funds pursuant to the Court's Judgment (Filing No. 50), to the identified victims.

DATED this 14th day of November, 2018.

_____
LAURIE SMITH CAMP
CHIEF UNITED STATES DISTRICT JUDGE